# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JERSEY MIKE'S FRANCHISE SYSTEMS, INC.** | Civil Action No. 3:23-cv-03444-GC-TJB |
| **Plaintiff,** | MOTION DAY: September 18, 2023 |
| v. | |
| **AMERICAN ARBITRATION ASSOCIATION, INC., OPHELIA AUGUSTINE, and CECELIA LAHR** | |
| **Defendants.** | |

### NOTICE OF DEFENDANTS OPHELIA AUGUSTINE AND CECELIA LAHR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** Defendants OPHELIA AUGUSTINE, and CECELIA LAHR hereby move before the Court on September 18, 2023, for an Order dismissing, with prejudice, all claims in the Action Complaint (ECF No. 1), filed by Defendant JERSEY MIKE'S FRANCHISE SYSTEMS, INC., pursuant to Federal Rule of Civil Procedure 12(b)(1). This Motion is supported by the Memorandum of Law and Declaration of Timothy Coughlan, Esq. filed herewith.

Dated: August 17, 2023
Jersey City, New Jersey

Respectfully submitted,

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

BY: s/ Timothy Coughlan
Timothy Coughlan
Harborside Plaza 10
3 Second Street, Suite 202
Jersey City, NJ 07311
**Attorneys for Defendants Ophelia Augustine and Cecelia Lahr**