# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JERSEY MIKE'S FRANCHISE SYSTEMS, INC.**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**AMERICAN ARBITRATION ASSOCIATION, INC., OPHELIA AUGUSTINE, and CECELIA LAHR**<br><br>　　　　**Defendants.** | Civil Action No. 3:23-cv-03444-GC-TJB |

**DECLARATION OF TIMOTHY COUGHLAN IN SUPPORT OF DEFENDANTS OPHELIA AUGUSTINE AND CECELIA LAHR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

　　　　I, **Timothy Coughlan, Esq.** hereby declare under penalty of perjury under the laws of the United States the following:

　　　　1.　　I am a Director at the law firm of Maron Marvel Bradley Anderson & Tardy, LLC and admitted to practice in this Court. My firm represents Defendants Ophelia Augustine and Cecelia Lahr in the above-captioned matter. As such, I am fully familiar with the facts set forth herein.

　　　　2.　　Attached hereto as **Exhibit A** is a true and correct copy of the terms and conditions present on Plaintiff's website as of January 25, 2023. This is an identical copy of the terms and conditions which were submitted to the American Arbitration Association to initiate arbitration on or about that same date.

　　　　3.　　Plaintiff's URL to its website can be found here: https://www.jerseymikes.com

　　　　4.　　A link to the current Website Terms of Use can be found here:

1

https://www.jerseymikes.com/terms-of-use.  Upon information and belief sometime after January 25, 2023, Plaintiff updated the Website Terms of Use on its website to this current version.  I have not engaged in a full comparison to identify all the changes, but one change that is present is the change from the arbitration service provider AAA to JAMS.  See the section entitled "Mandatory Dispute Resolution for Registered Users.

5. Upon information and belief both Augustine and Lahr became registered users by providing their cellular telephone numbers to Plaintiff at some time prior to the initiation of their respective arbitrations.

Dated: August 17, 2023
      Jersey City, New Jersey

           **MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

BY:   s/ Timothy Coughlan
       Timothy Coughlan
       Harborside Plaza 10
       3 Second Street, Suite 202
       Jersey City, NJ 07311
       **Attorneys for Defendants Ophelia Augustine and Cecelia Lahr**