## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JERSEY MIKE'S FRANCHISE SYSTEMS,
INC.,

    *Plaintiff*,

v.

AMERICAN ARBITRATION
ASSOCIATION, INC., OPHELIA
AUGUSTINE, CECELIA LAHR, and
ALEXANDER LUCE,

    *Defendants*.

Case No.: 23-CV-03444-GC-TJB

MOTION DAY: September 18, 2023

### NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that Plaintiff Jersey Mike's Franchise Systems, Inc. ("Plaintiff") hereby moves before the Court on September 18, 2023, for an Order pursuant to Rule 65 of the Federal Rules of Civil Procedure granting Plaintiff's Motion for Preliminary Injunction and enjoining the pending arbitrations filed against Plaintiff by Defendants Ophelia Augustine, Cecelia Lahr, and Alexander Luce. This Motion is supported by the accompanying Memorandum of Law and Affidavits of Seth M. Shapiro, Esq., and Scott Scherer.

Dated: August 22, 2023
      Miami, Florida

Respectfully submitted,

By:  */s/ Seth M. Shapiro*

**ZARCO EINHORN SALKOWSKI, P.A.**
One Biscayne Tower
2 S. Biscayne Blvd., 34th Floor
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428
**ROBERT M. EINHORN**
(Admitted *pro hac vice*)
E-mail: REinhorn@zarcolaw.com
Secondary e-mail: AGarcia@zarcolaw.com
**SETH M. SHAPIRO**
(Admitted *pro hac vice*)
E-mail: SShapiro@zarcolaw.com
Secondary e-mail: Bryan@zarcolaw.com
*Counsel for Plaintiff*

Michael M. DiCicco, Esq. (MD0316)
MAGGS MCDERMOTT & DICICCO, LLC
Allaire Corporate Center
3349 Highway 138
Building C, Suite D
Wall, New Jersey 07719
Tel.: (732) 223-9870
Fax: (732) 223-7367
E-mail: MDicicco@maggslawnj.com
*Counsel for Plaintiff*