# MARON MARVEL.

3 Second Street, Suite 202
Jersey City, NJ 07311

**Maron Marvel Bradley Anderson & Tardy, LLC**                                           September 8, 2023
**Timothy Coughlan, Esq.**
Director
TCoughlan@MaronMarvel.com

Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 E. State St.
Trenton, NJ 08608

>            *Re:  Jersey Mike's Franchise Systems, Inc. v. American Arbitration Association, Inc., et al.*
>              *Case No.: 3:23-cv-03444-GC-TJB*

Dear Judge Castner:

My firm represents defendants Ophelia Augustine, Cecelia Lahr, and Alexander Luce in the above-captioned matter. On August 22, 2023, Plaintiff Jersey Mike's Franchise Systems, Inc. filed a Motion for a Preliminary Injunction (Document Number 19) (the "Motion") seeking to enjoin the continuation of underlying AAA arbitrations pending disposition of the instant action. The Motion is presently returnable on September 18, 2023.

The parties have conferred, and *in lieu* of having this Court spend time and resources deciding the Motion, the parties have agreed to stay the AAA arbitrations pending disposition of the current case before Your Honor. A signed Stipulation reflecting this agreement is enclosed, along with a Proposed Order, which the parties respectfully request this Court enter.

Thank you for your time and consideration in this matter.

>                               Respectfully submitted,
>
>                               */s/ Timothy Coughlan*
>
>                               Timothy Coughlan

Enc.
cc:     Michael M. DiCicco, Esq.
        Paul J. Halasz, Esq.