**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JERSEY MIKE'S FRANCHISE SYSTEMS, INC.,

*Plaintiff,*

v.

AMERICAN ARBITRATION ASSOCIATION, INC., OPHELIA AUGUSTINE, and CECELIA LAHR,

*Defendants.*

Case No.: 23-CV-03444-GC-TJB

**DECLARATION OF SETH M. SHAPIRO, ESQ.**

1. I, Seth M. Shapiro, Esq., am an associate with Zarco Einhorn Salkowski, P.A., counsel for Plaintiff Jersey Mike's Franchise Systems, Inc. ("Plaintiff") in this action, and am duly admitted and in good standing to practice law in the States of New York and Florida.

2. I submit this Declaration in support of and contemporaneously with Plaintiff's Motion to Assess Costs for Failure to Waive Service of Process (the "Motion").

3. I have personal knowledge of the facts set forth herein, and if called as a witness, I would testify thereto.

4. On June 26, 2023, Plaintiff commenced the instant action.

5. On June 29, 2023, Plaintiff sent Defendants a Notice of Lawsuit and Request for Waiver of Service of Process pursuant to Rule 4(d). Defendants acknowledged receipt thereof on June 29, 2023 via e-mail, a true and correct copy of which is attached hereto as **Exhibit A** at 6–7.

6. On July 12, 2023, Defendants refused to waive service. *See* **Exhibit A** at 1–3.

7. Accordingly, Plaintiff was required to engage a process server to personally serve Defendants with process. Following execution of personal service of process on Defendants, Plaintiff filed the Affidavit of Service with the Court. *See* ECF Nos. 5–6.

8. Due to Defendants' failure to agree to waive service, Plaintiff unnecessarily incurred the costs for effecting formal service upon Defendants and preparing this motion.

9. The total costs incurred for effecting formal service upon the two Defendants are one hundred eighty dollars ($180.00). A true and correct copy of the Service of Process Invoice is attached hereto as **Exhibit B.**

10. Plaintiff has incurred a total of $1,793.00 in reasonable attorney's fees based on the hours and rates of the timekeepers specified below:

a. Seth M. Shapiro, Esq., Senior Attorney, a licensed attorney since March 2015: $600.00 per hour for 2.14 hours, totaling $1,284.00;

b. Anité Coro, Senior Paralegal, a paralegal since 2018 and a Florida Registered Paralegal since 2023: $175.00 per hour for 2 hours, totaling $350.00; and

c. Robert M. Einhorn, Esq., Managing Partner, a licensed attorney since 1990: $795 per hour for 0.2 hours, totaling $159.00.

A copy of the detailed description of the tasks completed by the professionals listed above is included in a detailed time submittal report attached hereto as **Exhibit C.**

11. I attempted to meet and confer with counsel for Defendants via e-mail on multiple occasions (including on June 29, 2023 and July 12, 2023) regarding the relief sought in the Motion. Counsel for Defendants responded to the undersigned's attempt to resolve or narrow the issue with a "Shrug" emoji. *See* **Exhibit A** at 2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2023
Miami, Florida

*s/ Seth M. Shapiro*
Seth M. Shapiro, Esq.

# EXHIBIT A

**Anite Coro**

| | |
|---|---|
| **From:** | Seth M. Shapiro |
| **Sent:** | Wednesday, August 9, 2023 3:11 PM |
| **To:** | Anite Coro |
| **Subject:** | Fw: Jersey Mike's v. AAA: Waiver of Service |


**SETH M. SHAPIRO**
Senior Attorney




ZARCO EINHORN SALKOWSKI, P.A.
One Biscayne Tower
2 S. Biscayne Blvd 34th Floor
Miami, FL 33131
Office: 305.374.5418 ext. 315
Fax: 305.374.5428
Email: sshapiro@zarcolaw.com
Website: www.zarcolaw.com














DISCLAIMER: This electronic message transmission contains information from the law firm of Zarco Einhorn Salkowski, P.A., which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at 305.374.5418 or by electronic mail info@zarcolaw.com, and delete the message, all attachments and copies thereof. Thank you.

Zarco Einhorn Salkowski, P.A. cannot accept responsibility for the accuracy or completeness of this e-mail, as it has been transmitted over a public network. If you suspect that the e-mail may have been intercepted or amended, please call the sender. Any views expressed by an individual in this e-mail do not necessarily reflect the views of Zarco Einhorn Salkowski, P.A.

CIRCULAR 230 DISCLOSURE: To ensure compliance with recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Daniel Shay <danielshay@sandiegobankruptcynow.com>
**Sent:** Wednesday, July 12, 2023 4:15 PM
**To:** Seth M. Shapiro <sshapiro@zarcolaw.com>; Joshua Swigart <josh@swigartlawgroup.com>
**Cc:** Robert Einhorn <REinhorn@zarcolaw.com>; Ingrid Morfi <IMorfi@zarcolaw.com>; Adin Feliz <afeliz@zarcolaw.com>; Michael DiCicco <mdicicco@maggslawnj.com>; Jane Campagnoli <jcampagnoli@maggslawnj.com>; Noah Larsh <noah@swigartlawgroup.com>; Spencer Pfeiff <spencer@swigartlawgroup.com>
**Subject:** RE: Jersey Mike's v. AAA: Waiver of Service



Daniel G. Shay
Law Office of Daniel G. Shay
2221 Camino Del Rio South, Ste 308
San Diego, CA 92108
Phone: 619-222-7429
Fax: 866-431-3292

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. Thank you.

**From:** Seth M. Shapiro <sshapiro@zarcolaw.com>
**Sent:** Wednesday, July 12, 2023 1:14 PM
**To:** Daniel Shay <danielshay@sandiegobankruptcynow.com>; Joshua Swigart <josh@swigartlawgroup.com>
**Cc:** Robert Einhorn <REinhorn@zarcolaw.com>; Ingrid Morfi <IMorfi@zarcolaw.com>; Adin Feliz <afeliz@zarcolaw.com>; Michael DiCicco <mdicicco@maggslawnj.com>; Jane Campagnoli <jcampagnoli@maggslawnj.com>; Noah Larsh <noah@swigartlawgroup.com>; Spencer Pfeiff <spencer@swigartlawgroup.com>
**Subject:** RE: Jersey Mike's v. AAA: Waiver of Service

As stated in our below email on June 29, 2023, failure to waive service upon request would render your clients liable for paying our expenses and fees related to service of process pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure.

**SETH M. SHAPIRO**
Senior Attorney




Zarco Einhorn Salkowski, P.A.

One Biscayne Tower
2 S. Biscayne Blvd 34th Floor
Miami, FL 33131
Office: 305.374.5418 ext. 315
Fax: 305.374.5428
Email: sshapiro@zarcolaw.com
Website: www.zarcolaw.com









DISCLAIMER: This electronic message transmission contains information from the law firm of Zarco Einhorn Salkowski, P.A., which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at 305.374.5418 or by electronic mail info@zarcolaw.com, and delete the message, all attachments and copies thereof. Thank you.

Zarco Einhorn Salkowski, P.A. cannot accept responsibility for the accuracy or completeness of this e-mail, as it has been transmitted over a public network. If you suspect that the e-mail may have been intercepted or amended, please call the sender. Any views expressed by an individual in this e-mail do not necessarily reflect the views of Zarco Einhorn Salkowski, P.A.

CIRCULAR 230 DISCLOSURE: To ensure compliance with recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**From:** Daniel Shay <danielshay@sandiegobankruptcynow.com>
**Sent:** Wednesday, July 12, 2023 4:10 PM
**To:** Seth M. Shapiro <sshapiro@zarcolaw.com>; Joshua Swigart <josh@swigartlawgroup.com>
**Cc:** Robert Einhorn <REinhorn@zarcolaw.com>; Ingrid Morfi <IMorfi@zarcolaw.com>; Adin Feliz <afeliz@zarcolaw.com>; Michael DiCicco <mdicicco@maggslawnj.com>; Jane Campagnoli <jcampagnoli@maggslawnj.com>; Noah Larsh <noah@swigartlawgroup.com>; Spencer Pfeiff <spencer@swigartlawgroup.com>
**Subject:** RE: Jersey Mike's v. AAA: Waiver of Service

Why would we agree to waive service ?

Daniel G. Shay
Law Office of Daniel G. Shay
2221 Camino Del Rio South, Ste 308
San Diego, CA 92108
Phone: 619-222-7429
Fax: 866-431-3292

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this

communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. Thank you.

---

**From:** Seth M. Shapiro <sshapiro@zarcolaw.com>
**Sent:** Wednesday, July 12, 2023 9:09 AM
**To:** Joshua Swigart <josh@swigartlawgroup.com>
**Cc:** Robert Einhorn <REinhorn@zarcolaw.com>; Ingrid Morfi <IMorfi@zarcolaw.com>; Adin Feliz <afeliz@zarcolaw.com>; Michael DiCicco <mdicicco@maggslawnj.com>; Jane Campagnoli <jcampagnoli@maggslawnj.com>; Noah Larsh <noah@swigartlawgroup.com>; Spencer Pfeiff <spencer@swigartlawgroup.com>; Daniel Shay <danielshay@sandiegobankruptcynow.com>
**Subject:** RE: Jersey Mike's v. AAA: Waiver of Service

Josh,

We are following up on our June 29th email below requesting waiver of service. Given how quickly you were able to respond to our request to agree to a stay of the arbitrations, we trust that you can respond to our request to waiver service this week.

Regards,
Seth

**SETH M. SHAPIRO**
Senior Attorney




**Zarco Einhorn Salkowski, P.A.**
One Biscayne Tower
2 S. Biscayne Blvd 34th Floor
Miami, FL 33131
Office: 305.374.5418 ext. 315
Fax: 305.374.5428
Email: sshapiro@zarcolaw.com
Website: www.zarcolaw.com









DISCLAIMER: This electronic message transmission contains information from the law firm of Zarco Einhorn Salkowski, P.A., which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at 305.374.5418 or by electronic mail info@zarcolaw.com, and delete the message, all attachments and copies thereof. Thank you.

Zarco Einhorn Salkowski, P.A. cannot accept responsibility for the accuracy or completeness of this e-mail, as it has been transmitted over a public network. If you suspect that the e-mail may have been intercepted or amended, please call the sender. Any views expressed by an individual in this e-mail do not necessarily reflect the views of Zarco Einhorn Salkowski, P.A.

CIRCULAR 230 DISCLOSURE: To ensure compliance with recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**From:** Joshua Swigart <josh@swigartlawgroup.com>
**Sent:** Monday, July 10, 2023 11:24 AM
**To:** Seth M. Shapiro <sshapiro@zarcolaw.com>
**Cc:** Robert Einhorn <REinhorn@zarcolaw.com>; Ingrid Morfi <IMorfi@zarcolaw.com>; Adin Feliz <afeliz@zarcolaw.com>; Michael DiCicco <mdicicco@maggslawnj.com>; Jane Campagnoli <jcampagnoli@maggslawnj.com>; Noah Larsh <noah@swigartlawgroup.com>; Spencer Pfeiff <spencer@swigartlawgroup.com>; Daniel Shay <danielshay@sandiegobankruptcynow.com>
**Subject:** Re: Jersey Mike's v. AAA: Waiver of Service

Respectfully, we view your federal filing as frivolous.
Your client contracted with our clients and provided for AAA to administer any disputes.
Those are the terms our clients are following, along with AAA.

Joshua B. Swigart

---

**From:** Seth M. Shapiro <sshapiro@zarcolaw.com>
**Date:** Monday, July 10, 2023 at 5:12 PM
**To:** Joshua Swigart <josh@swigartlawgroup.com>
**Cc:** Robert Einhorn <REinhorn@zarcolaw.com>, Ingrid Morfi <IMorfi@zarcolaw.com>, Adin Feliz <afeliz@zarcolaw.com>, Michael DiCicco <mdicicco@maggslawnj.com>, Jane Campagnoli <jcampagnoli@maggslawnj.com>, Noah Larsh <noah@swigartlawgroup.com>, Spencer Pfeiff <spencer@swigartlawgroup.com>, Daniel Shay <danielshay@sandiegobankruptcynow.com>
**Subject:** Re: Jersey Mike's v. AAA: Waiver of Service

Josh,

AAA has refused to stay the arbitrations that your firm filed against Jersey Mike's without your clients' consent. We will seek emergency and additional relief from the court, to the fullest extent allowed by law, against each of your clients who does not give AAA consent **by tomorrow** to immediately stay their respective arbitration.

Regards,
Seth

**SETH M. SHAPIRO**
Senior Attorney




ZARCO EINHORN SALKOWSKI, P.A.
One Biscayne Tower
2 S. Biscayne Blvd 34th Floor
Miami, FL 33131
Office: 305.374.5418 ext. 315
Fax: 305.374.5428
Email: sshapiro@zarcolaw.com
Website: www.zarcolaw.com









DISCLAIMER: This electronic message transmission contains information from the law firm of Zarco Einhorn Salkowski, P.A., which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at 305.374.5418 or by electronic mail info@zarcolaw.com, and delete the message, all attachments and copies thereof. Thank you.

Zarco Einhorn Salkowski, P.A. cannot accept responsibility for the accuracy or completeness of this e-mail, as it has been transmitted over a public network. If you suspect that the e-mail may have been intercepted or amended, please call the sender. Any views expressed by an individual in this e-mail do not necessarily reflect the views of Zarco Einhorn Salkowski, P.A.

CIRCULAR 230 DISCLOSURE: To ensure compliance with recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**From:** Joshua Swigart <josh@swigartlawgroup.com>
**Sent:** Thursday, June 29, 2023 3:57 AM
**To:** Seth M. Shapiro <sshapiro@zarcolaw.com>; Noah Larsh <noah@swigartlawgroup.com>; Spencer Pfeiff <spencer@swigartlawgroup.com>; Daniel Shay <danielshay@sandiegobankruptcynow.com>
**Cc:** Robert Einhorn <REinhorn@zarcolaw.com>; Ingrid Morfi <IMorfi@zarcolaw.com>; Adin Feliz <afeliz@zarcolaw.com>; Michael DiCicco <mdicicco@maggslawnj.com>; Jane Campagnoli <jcampagnoli@maggslawnj.com>
**Subject:** Re: Jersey Mike's v. AAA: Waiver of Service

Let us discuss with the clients.

Thank you.

Joshua B. Swigart

---

**From:** Seth M. Shapiro <sshapiro@zarcolaw.com>
**Date:** Thursday, June 29, 2023 at 3:51 AM
**To:** Noah Larsh <noah@swigartlawgroup.com>, Joshua Swigart <josh@swigartlawgroup.com>, Spencer Pfeiff <spencer@swigartlawgroup.com>, Daniel Shay <danielshay@sandiegobankruptcynow.com>
**Cc:** Robert Einhorn <REinhorn@zarcolaw.com>, Ingrid Morfi <IMorfi@zarcolaw.com>, Adin Feliz <afeliz@zarcolaw.com>, Michael DiCicco <mdicicco@maggslawnj.com>, Jane Campagnoli <jcampagnoli@maggslawnj.com>
**Subject:** Jersey Mike's v. AAA: Waiver of Service

Counsel:

As you are likely aware from being copied on our email to AAA earlier today, our client, Jersey Mike's Franchise Systems, Inc. ("Jersey Mike's"), has filed the attached complaint in the U.S. District Court for the District of New Jersey against your clients Ophelia Augustine and Cecelia Lahr ("Defendants") with respect to the arbitrations that they filed against Jersey Mike's. Jersey Mike's requests that Defendants waive service of the summons and accept service of the complaint via this email pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. If Defendants agree, please return to us via email executed copies of the attached forms for waiver of service within thirty days from today, i.e., by July 28, 2023. If Defendants fail to do so, we will seek to hold Defendants responsible for paying our expenses and fees as provided in Rule 4(d)(2).

Regards,
Seth

**SETH M. SHAPIRO**
Senior Attorney




ZARCO EINHORN SALKOWSKI, P.A.
One Biscayne Tower
2 S. Biscayne Blvd 34th Floor
Miami, FL 33131
Office: 305.374.5418 ext. 315
Fax: 305.374.5428
Email: sshapiro@zarcolaw.com
Website: www.zarcolaw.com












DISCLAIMER: This electronic message transmission contains information from the law firm of Zarco Einhorn Salkowski, P.A., which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at 305.374.5418 or by electronic mail info@zarcolaw.com, and delete the message, all attachments and copies thereof. Thank you.

Zarco Einhorn Salkowski, P.A. cannot accept responsibility for the accuracy or completeness of this e-mail, as it has been transmitted over a public network. If you suspect that the e-mail may have been intercepted or amended, please call the sender. Any views expressed by an individual in this e-mail do not necessarily reflect the views of Zarco Einhorn Salkowski, P.A.

CIRCULAR 230 DISCLOSURE: To ensure compliance with recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting, marketing or recommending to another party any tax-related matters addressed herein.

# EXHIBIT B

**Nicole Rivera**

# INVOICE

**Nicole Rivera**

1012 Guatay Avenue
Chula Vista, CA 91911
619-227-4537
Nmccorp32@outlook.com

**INVOICE #** 112
**DATE** 8/9/2023

**FOR** service for process
**P.O. #** Lahr/Augustine

**Zarco Einhorn Salkowski**
2 S. Biscayne Blvd 34th Floor
Miami Florida 33131
305-374-5418

| **Description** | **Amount** |
|---|---|
| RUSH Personal Serve – Cecelia Lahr – 7/14/2023 | $90.00 |
| RUSH Personal Serve – Ophelia Augustine – 7/15/2023 | $90.00 |
| **Total** | **$180.00** |

Make all checks payable to Nicole Rivera

Payment is due within 30 days.
If you have any questions concerning this invoice, contact Nicole Rivera | 619-227-4537 | nmccorp32@outlook.com

THANK YOU FOR YOUR BUSINESS!

# EXHIBIT C

| Type | User | Client | Date | Activity category | Description | Hours | Rate ($) | Total (per User) |
|---|---|---|---|---|---|---|---|---|
| TimeEntry | Seth Shapiro | Jersey Mike's | 6/28/2023 | Draft | Review FRCP 4 regarding waiver of service requirements; draft email to opposing counsel requesting waiver of service of process; prepare waiver forms; calendar deadline to return forms | 0.75 | $600.00 | $450.00 |
| TimeEntry | Seth Shapiro | Jersey Mike's | 7/12/2023 | E-Mail | Follow-up emails to opposing counsel requesting waiver of service of process | 0.09 | $600.00 | $54.00 |
| TimeEntry | Seth Shapiro | Jersey Mike's | 8/16/2023 | Revise | Fed dec action: review/revise motion to assess costs re service of process; review/compile time spent on service of process and requesting waiver | 0.85 | $600.00 | $510.00 |
| TimeEntry | Anite Coro | Jersey Mike's | 8/9/2023 | Prepare | Review Federal Rules of Civil Procedures on Waiver of Service of Process. Prepare Motion to Assess Costs for Failure to Waive Service of Process, gather documents needed to prepare Motion. | 2 | $175.00 | $350.00 |
| TimeEntry | Robert Einhorn | Jersey Mike's | 8/18/2023 | Review | Review motion papers | 0.2 | $795.00 | $159.00 |
| TimeEntry | Seth Shapiro | Jersey Mike's | 9/14/2023 | Draft | Draft declarations and update motion papers | 0.45 | $600.00 | $270.00 |
| | | | | | **Total (All Users)** | **4.34** | – | **$1,793.00** |