# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JERSEY MIKE'S FRANCHISE SYSTEMS, INC.**<br><br>      **Plaintiff,**<br><br>v.<br><br>**AMERICAN ARBITRATION ASSOCIATION, INC., OPHELIA AUGUSTINE, CECELIA LAHR, and ALEXANDER LUCE,**<br><br>      **Defendants.** | Civil Action No. 3:23-cv-03444-GC-TJB<br><br>MOTION DAY: November 6, 2023 |

### NOTICE OF DEFENDANTS OPHELIA AUGUSTINE, CECELIA LAHR, AND ALEXANDER LUCE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** Defendants OPHELIA AUGUSTINE, CECELIA LAHR, and ALEXANDER LUCE hereby move before the Court on November 6, 2023, for an Order dismissing, with prejudice, all claims in the Action Amended Complaint (ECF No. 22), filed by Defendant JERSEY MIKE'S FRANCHISE SYSTEMS, INC., pursuant to Federal Rule of Civil Procedure 12(b)(1). This Motion is supported by the Memorandum of Law and Declaration of Timothy Coughlan, Esq. filed herewith.

Dated: October 13, 2023
       Jersey City, New Jersey

                                    Respectfully submitted,

                                    **MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

                                    BY:   s/ Timothy Coughlan
                                               Timothy Coughlan
                                               Harborside Plaza 10
                                               3 Second Street, Suite 202
                                               Jersey City, NJ 07311
                                               **Attorneys for Defendants Ophelia Augustine, Cecelia Lahr, and Alexander Luce**