# MAGGS MCDERMOTT & DICICCO, LLC

ATTORNEYS AT LAW
ALLAIRE CORPORATE CENTER
3349 HIGHWAY 138
BUILDING C, SUITE D
WALL, NEW JERSEY 07719
(**732) 223-9870 TELEPHONE**
(732) 223-7367 FAX
_____

JAMES A. MAGGS***
JOHN J. MCDERMOTT III**
MICHAEL M. DICICCO***
   **NJ & NY BAR
   ***NJ BAR
   ++NJ & PA

JAIMEE M. NADELL **
VICTORIA J. ADORNETTO**
STEPHANIE L. DELUCA++
KYLE R. TOGNAN++
CHARLES R. MATHIS, IV ++
BETHANNA M. SCOTT***
JUAN C. CERVANTES++

October 20, 2023

Via CM/ECF
Honorable Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 5E
Trenton, NJ 08608

Re:   *Jersey Mike's Franchise Sys., Inc. v. Am. Arbitration Ass'n*,
      No. 23-CV-03444-GC-TJB (D.N.J.)
      Our File Number:   5244.0015

Dear Judge Castner:

This law firm, along with Zarco Einhorn Salkowski, P.A., represents Plaintiff Jersey Mike's Franchise Systems, Inc. ("Plaintiff") in the above-referenced action.  Your Honor's Text Order dated September 29, 2023 [Doc. 37] sets the following briefing schedule for the now-pending motion to dismiss filed by individual defendants Ophelia Augustine, Cecelia Lahr, and Alexander Luce (collectively, "Individual Defendants"):

October 13, 2023: Deadline for Individual Defendants' motion to dismiss
October 23, 2023: Deadline for Plaintiff's opposition
October 30, 2023: Deadline for Individual Defendants' reply

Plaintiff's lead counsel expects to be out on parental leave any day now and, therefore, requested a thirty-day extension from Individual Defendants, from October 23, 2023 to November 22, 2023.  Individual Defendants' deadline to reply one week later, per the current briefing schedule, would coincide with their counsel's vacation.  To accommodate, the parties also agreed to extend Individual Defendants' deadline to reply by one week to December 6, 2023.  The requests for these extensions are made in good faith, not made for purposes of delay, and will not prejudice any party.  Accordingly, there is good cause for these extensions.  Therefore, the parties respectfully request that Your Honor enter an Order that:

October 20, 2023
Page 2

_____

On or before **November 22, 2023**, Plaintiff shall file its opposition; and
On or before **December 6, 2023**, Defendants shall file their response.

If you have any questions or concerns, please do not hesitate to contact my office.
Thank you.

Respectfully submitted,

MAGGS McDERMOTT & DiCICCO, LLC
Attorneys for Plaintiff

*s/ Michael M. DiCicco*

MICHAEL M. DiCICCO

MMD:jc
cc:     All Counsel of Record (via CM/ECF)

So ORDERED:

_____
Honorable Georgette Castner, U.S.D.J