# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERSEY MIKE'S FRANCHISE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN ARBITRATION ASSOCIATION, INC., OPHELIA AUGUSTINE, CECELIA LAHR, and ALEXANDER LUCE, <br><br> Defendants. | Civil Action No. 3:23-cv-03444-GC-TJB |

## CONSENT ORDER

Plaintiff Jersey Mike's Franchise Systems, Inc. and Defendant American Arbitration Association, Inc. ("AAA"), by and through their respective undersigned counsel, hereby agree and stipulate that AAA shall have an extension of time up to and including May 31, 2024, to file its response to the First Amended Complaint [D.E. 22], served on AAA on August 28, 2023. This is the fourth extension of time agreed to by the parties.

**SO ORDERED** on this  26th  day of February, 2024.

                                            s/Tonianne J. Bongiovanni
                                          HON. TONIANNE J. BONGIOVANNI
                                          U.S. MAGISTRATE JUDGE

118176137.1

**AGREED AS TO FORM AND SUBSTANCE:**

**Defendant American Arbitration Association:**

By: */s/ Paul J. Halasz*
    Paul J. Halasz
    Day Pitney LLP
    One Jefferson Road
    Parsippany, NJ 07054-2891
    *Counsel for Defendant American Arbitration Association, Inc.*

**Plaintiff Jersey Mike's Franchise Systems, Inc.:**

By: */s/ Michael M. DiCico*
    Michael M. DiCicco, Esq. (MD0316)
    MAGGS MCDERMOTT & DICICCO, LLC
    Allaire Corporate Center
    3349 Highway 138
    Building C, Suite D
    Wall, New Jersey 07719
    Tel.: (732) 223-9870
    Fax: (732) 223-7367
    E-mail: MDicicco@maggslawnj.com

    **ZARCO EINHORN SALKOWSKI, P.A.**
    One Biscayne Tower
    2 S. Biscayne Blvd., 34th Floor
    Miami, Florida 33131
    Telephone: (305) 374-5418
    Facsimile: (305) 374-5428
    **ROBERT M. EINHORN**
    (Admitted *pro hac vice*)
    E-mail: REinhorn@zarcolaw.com
    Secondary e-mail: AGarcia@zarcolaw.com
    **SETH M. SHAPIRO**
    (Admitted *pro hac vice*)
    E-mail: SShapiro@zarcolaw.com
    Secondary e-mail: Bryan@zarcolaw.com
    *Counsel for Plaintiff*